# Court of Appeals
# of the State of Georgia

ATLANTA,  June 02, 2026

*The Court of Appeals hereby passes the following order:*

## A26A2046. BRITTANY HARRISON v. JOSHUA GEIGER.

The trial court dismissed Brittany Harrison's custody petition for lack of jurisdiction based on the pendency of "an active and ongoing custody modification proceeding between the [p]arties" in an Alabama court. She appeals directly to this Court, but we lack jurisdiction.

An application for discretionary appeal is generally required to appeal an order entered in a domestic relations case. See OCGA § 5-6-35(a)(2). Under OCGA § 5-6-34(a)(11), however, a direct appeal is permitted from "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody or holding or declining to hold persons in contempt of such child custody judgment or orders." Here, the trial court did not reach the merits of the custody petition in light of its determination that it lacked jurisdiction. Because there was no custody ruling, a discretionary application was required to appeal the threshold issue of jurisdiction. See *Voyles v. Voyles*, 301 Ga. 44, 47 (799 SE2d 160) (2017) (husband could not challenge custody ruling without first challenging the trial court's ruling on a motion to set aside, which required a discretionary application in order to appeal).

"[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe*

*v. Floyd*, 199 Ga. App. 322, 332(1) (405 SE2d 265) (1991). Harrison's failure to file a discretionary application deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *Voyles*, 301 Ga. at 47.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __06/02/2026_____

           *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

           *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*